IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:07CV186-C

| | |
|---|---|
| U.S. SOUTH COMMUNICATIONS, INC., d/b/a INCOMM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NORTHERN TELECOM, INC., n/k/a, )<br>NORTEL NETWORKS, INC., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission *Pro Hac Vice* of David M. Schnorrenberg" (document #4) filed May 9, 2007. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 10, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge