UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-186

| | |
|---|---|
| U.S. SOUTH COMMUNICATIONS, INC., d/b/a InComm. | )<br>)<br>) |
| Plaintiff, | )<br>) ORDER |
| v. | )<br>)<br>) |
| NORTHERN TELECOM, INC., a/k/a, NORTEL NETWORKS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's ex parte motion for an order temporarily sealing this matter pursuant to Local Rule 5.1(D)(1). (Doc. No. 3). Upon consideration of the motion, and for good cause shown, it is hereby **ORDERED** that Defendant's motion is granted. All Court filings shall be maintained by the Clerk of Court under seal until further order of the Court. If it desires that this matter remain under seal, Defendant is directed to file a motion requesting and providing grounds for the same within ten days of the date of this Order.

Signed: May 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1