UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. SOUTH COMMUNICATIONS, INC., d/b/a InComm,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN TELECOM INC., n/k/a NORTEL NETWORKS INC.,<br><br>Defendant. | Civil Action No. 3:07-CV-186-C<br><br>**ORDER** |

Before the Court is the parties' joint motion for an order unsealing this matter generally but retaining certain filings under seal pursuant to Local Rule 5.1. Upon consideration of the motion, and for good cause shown, it is hereby ORDERED that the parties' motion is granted. The following filings, and any exhibits thereto, shall be maintained by the Clerk of Court under seal until further order of the Court:

(a) Exhibits A-E to Plaintiff's Verified Complaint (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(b) Plaintiff's Motion for Temporary Restraining Order (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(c) Affidavit of Daniel Anderson (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(d) Temporary Restraining Order dated April 23, 2007 (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(e) Defendant's Motion to Dissolve or Modify TRO (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(f)	Plaintiff's Motion for Defendant to Show Cause Why It Should Not be Held in Contempt (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(g)	Affidavit of Leigh Levine (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(h)	Temporary Restraining Order (modified) dated April 25, 2007 (copy attached to Defendant's Notice of Removal filed May 3, 2007);

(i)	Response by Defendant to Plaintiff's Motion for Preliminary Injunction (filed May 29, 2007);

(j)	Declaration of Richard Mihm (filed May 29, 2007);

(k)	Declaration of Charlie Floyd (filed May 29, 2007);

(l)	Declaration of Robert Christie (filed May 29, 2007);

(m)	Declaration of Thomas Grigg (filed May 29, 2007);

(n)	Declaration of Yokan Persaud (filed May 29, 2007);

(o)	Declaration of David Schnorrenberg (filed May 29, 2007);

(p)	Declaration of Scott Tyler (filed May 29, 2007);

(q)	Defendant's Motion for Order Compelling Plaintiff to Reverse Effects of Expired TRO (filed June 1, 2007);

(r)	Memorandum of Law in Support of Defendant's Motion for Order Compelling Plaintiff to Reverse Effects of Expired TRO (filed June 1, 2007);

(s)	Plaintiff's Response to Defendant's Motion for Order Compelling Plaintiff to Reverse Effects of Expired TRO (to be filed before by June 15, 2007);

(t)	Defendant's Reply in Support of Defendant's Motion for Order Compelling Plaintiff to Reverse Effects of Expired TRO (if filed).

(u)	Transcripts of TRO hearings on April 23, 2007, and April 25, 2007 (if filed).

Otherwise, the Clerk is directed to unseal the docket in this matter. This Order is not intended to require any future filings in this matter to be made under seal other than those

referenced herein. Electronic filing will be permitted from the date of this Order. This Order is without prejudice to the parties' ability to request that other materials be sealed or unsealed in the future with good cause, or pursuant to a protective order negotiated between the parties and approved by the Court.

This 14th day of June, 2007.

_Carl Horn, III_
Hon. Carl Horn III
U.S. Magistrate Judge